1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAKOTA DEMPSEY,<br><br>             Plaintiff,<br><br>     v.<br><br>MIDLAND CREDIT MANAGEMENT, INC. A/K/A MIDLAND CREDIT MANAGEMENT A/K/A MCM,<br><br>             Defendant. | Case No. 3:21-CV-00212-LRH-CSD<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DAKOTA DEMPSEY ("Plaintiff"), and Defendant MIDLAND CREDIT MANAGEMENT, INC. ("MCM"), through their respective counsel of record and pursuant to Federal Rule of Civil Procedure

//

//

//

//

41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear their own attorney fees and costs.

Dated this 7th day of July 2022.

| | |
|---|---|
| LAW OFFICES OF NICHOLAS M. WAJDA | NAYLOR & BRASTER |
| By: */s/ Nicholas M. Wajda* <br> Nicholas M Wajda <br> Nevada Bar No. 11480 <br> 871 Coronado Center Dr., Ste. 200 <br> Henderson, NV 89052 <br><br> *Attorneys for Plaintiff Dakota Dempsey* | By: /s/ *John M. Naylor* <br> John M. Naylor <br> Nevada Bar No. 5435 <br> Benjamin B. Gordon <br> Nevada Bar No. 15552 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> *Attorneys for Defendant Midland Credit Management, Inc.* |

IT IS SO ORDERED.

Dated: July 8, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT COURT JUDGE